UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**WILLIAM GLENN PICKARD,**

      **Plaintiff,**

v.   Case No. 6:23-cv-214-CEM-DCI

**PHIL ARCHER, DANIEL HERNANDEZ, GRANT MALLOY, OLIVIA YERGERY, DAVID WHATLEY, JASON BOWEN, ROBERT DURKEE, CECIL SMITH, LAURA KELL CORREIA, KAYLA KELL, THE CITY OF SANFORD, and THE STATE OF FLORIDA,**

      **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review. Plaintiff was required to timely file his Notice of Pendency of Other Actions and Disclosure Statement. (Initial Order, Doc. 5, at 1–2). Plaintiff was also warned that failure to comply with any Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action without further notice. (Notice to Counsel and Parties, Doc. 6). Plaintiff has failed to comply,[1] and

---

[1] Plaintiff filed his Disclosure Statement (Doc. 10) but failed to file his Notice of Pendency of Other Actions.

the time to do so has passed. Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida on March 1, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record